# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

**No. 201600290**

———————————————

**UNITED STATES OF AMERICA**
Appellee

v.

**FRANK L. SPEARS**
Petty Officer First Class (E-6), U.S. Navy
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Captain Paul C. LeBlanc, JAGC, USN.
For Appellant: Commander Chris D. Tucker, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 30 November 2016

———————————————

Before PALMER, CAMPBELL, and RUGH, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court